```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

BENNY FITZWATER, CLARENCE
BRIGHT, TERRY PRATER,
EMMET CASEY, JR., CONNIE Z.
GILBERT, ALLAN H. JACK, SR.,
and ROBERT H. LONG,

      Plaintiffs,

v.                             Civil Action No. 2:16-cv-09849

CONSOL ENERGY, INC.,          Consolidated with:
CONSOLIDATION COAL CO.,       Civil Action No. 1:17-cv-03861
FOLA COAL CO., LLC,
CONSOL OF KENTUCKY, INC.,
CONSOL PENNSYLVANIA COAL CO.,
LLC, and KURT SALVATORI,

      Defendants.


## JUDGMENT ORDER

        This action was tried to the court beginning February 9, 2021.  The court having entered its findings of fact and conclusions of law this same day in favor of each the plaintiff Terry Prater and the plaintiff Clarence Bright and against defendants CONSOL Energy, Inc., Consolidation Coal Co., Fola Coal Co., LLC, CONSOL of Kentucky, Inc., CONSOL Pennsylvania Coal Co., LLC, and Kurt Salvatori ("defendants") on the breach of fiduciary duty claim of each Prater and Bright, it is ADJUDGED, ORDERED, and DECREED that each Prater's and Bright's retiree welfare benefits plan be reformed in accordance

with the court's memorandum opinion and order entered this same day.  It is further ADJUDGED, ORDERED, and DECREED that judgment be rendered in favor of defendants and against plaintiffs Benny Fitzwater, Clarence Bright, Terry Prater, Emmet Casey, Jr., Connie Z. Gilbert, Allan H. Jack, Sr., and Robert H. Long as to all other claims.  It is further ORDERED that this action be, and it hereby is, stricken from the docket of the court.

      The Clerk is directed to forward copies of this judgment order to all counsel of record and to the parties.

      ENTER: September 30, 2024

John T. Copenhaver, Jr.
Senior United States District Judge